May 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## IN RE BELINDA MORALES, Relator

NO. 14-14-00265-CV

_____

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-64486**

_____

This court heard this cause after granting and issuing a writ of habeas corpus on April 4, 2014. This court holds that relator, Belinda Morales, has failed to demonstrate that the combined judgment of contempt and order of commitment entered March 14, 2014 in the 247th District Court, Harris County, Texas, in Cause No. 2011-64486, is void. Therefore, this court denies relator's petition for writ of habeas corpus.

We further order the clerk of this court to issue an alias capias for the arrest of relator, Belinda Morales, and order that she be remanded to the custody of the Sheriff of Harris County, Texas, to be confined as ordered by the 247th District

Court, Harris County, Texas, in Cause No. 2011-64486 pursuant to the combined judgment of contempt and order of commitment dated March 14, 2014 by Judge Bonnie Crane Hellums.